IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FOSTER, ET AL. | : |
| | : CIVIL ACTION |
| v. | : NO. 10-5755 |
| | : |
| USAA CASUALTY INSURANCE CO. | : |

**SURRICK, J.**                                                                 **DECEMBER 31, 2013**

### O R D E R

**AND NOW**, this  31st  day of  December , 2013, upon consideration of Defendant USAA Casualty Insurance Company's Motion for Summary Judgment (ECF No. 20), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED** in part and **DENIED** in part as follows:

1. Defendant's Motion for Summary Judgment on Plaintiffs' breach of contract claim (Count I) is **GRANTED**;

2. Defendant's Motion for Summary Judgment on Plaintiffs' bad faith claim (Count II) is **GRANTED**;

3. Judgment is entered in favor of Defendant on Plaintiffs' breach of contract claim (Count I) and bad faith claim (Count II);

4. Defendant's counterclaim is **DISMISSED** as moot;

5. This case is **CLOSED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**